UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00153-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MANUEL ALCANTARA-RODRIGUEZ,

    Defendant.

## ORDER RESETTING SENTENCING HEARING

Due to a scheduling conflict, the sentencing hearing previously set for **August 7, 2006 at 11:30 a.m.** is hereby reset to **August 8, 2006 at 10:00 a.m.** in the United State District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 13TH day of July, 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge